The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LINDA SHORT and OLIVIA PARKER, on behalf of themselves and all others similarly situated,<br>　　　　Plaintiffs,<br>vs.<br>HYUNDAI MOTOR AMERICA, INC., HYUNDAI MOTOR COMPANY, KIA MOTORS AMERICA, INC., and KIA MOTORS CORPORATION,<br>　　　　Defendants. | No. 2:19-cv-318-JLR |
| ELIZABETH SNIDER and JAMES TWIGGER, on behalf of themselves and all others similarly situated,<br>　　　　Plaintiffs,<br>vs.<br>HYUNDAI MOTOR AMERICA, INC., HYUNDAI MOTOR COMPANY, KIA MOTORS AMERICA, INC., and KIA MOTORS CORPORATION,<br>　　　　Defendants. | No. 3:19-cv-05193-JLR<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE RELATED ACTIONS UNDER LOCAL RULE 42 |

　　　　For the reasons set forth in the Stipulated Motion to Consolidate Actions Under Local Rule 42 ("Stipulated Motion") submitted by defendants Hyundai Motor America ("HMA"), Kia Motors America ("KMA"), Hyundai Motor Company ("HMC"), and Kia Motors Corporation ("KMC") (collectively "defendants") and plaintiffs Linda Short and Olivia Parker, individually and on

[PROPOSED] ORDER GRANTING STIP. MOT. TO CONSOLIDATE ACTIONS
(2:19-cv-318) - 1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000

behalf of all those similarly situated ("plaintiffs"), the Stipulated Motion is GRANTED and the Court ORDERS as follows:

*Snider et al. v. Hyundai Motor America et al.*, Case No. 3:19-cv-05193-JLR (W.D. Wash.) is consolidated with this action, *Short et al. v. Hyundai Motor America et al.*, Case No. 2:19-cv-00318-JLR. All future filings shall bear Case No. 2:19-cv-00318-JLR.

Plaintiffs shall file a consolidated complaint setting forth all claims in this consolidated matter on or before April 29, 2019.

The Court further ORDERS the following case deadlines in the consolidated matter:

Plaintiffs' Deadline to File Consolidated Complaint: April 29, 2019;

Defendants' Deadline to Respond to the Consolidated Complaint: June 28, 2019;

Deadline for FRCP 26(f) Conference: July 16, 2019;

Initial Disclosures Pursuant to FRCP 26(a)(1): July 29, 2019;

Combined Joint Status Report and Discovery Plan Pursuant to FRCP 26(f) and Local Civil Rule 26(f): August 6, 2019;

Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery): October 25, 2019;

Deadline for Plaintiffs to file motion for class certification: November 22, 2019.

Dated this 25th day of April, 2019.

Hon. James L. Robart
United States District Judge

PRESENTED BY:

| KELLER ROHRBACK LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| /s/ Ryan McDevitt | /s/ Alicia Cobb |
| Lynn Lincoln Sarko #16569 | Alicia Cobb, #48685 |
| Gretchen Freeman Cappio #29576 | 600 University Street, Suite 2800 |
| Ryan McDevitt #43305 | Seattle, Washington 98101-4123 |
| 1201 Third Avenue, Suite 3200 | Phone (206) 905-7000 |
| Seattle, WA 98101-3052 | Fax (206) 905-7100 |
| Phone (206) 623-1900 | aliciacobb@quinnemanuel.com |

[PROPOSED] ORDER GRANTING STIP. MOT. TO CONSOLIDATE ACTIONS
(2:19-cv-318) - 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000

| | |
|---|---|
| 1   Fax (206) 623-3384<br>lsarko@kellerrohrback.com<br>2   gcappio@kellerrohrback.com<br>rmcdevitt@kellerrohrback.com<br>3<br>Benjamin L. Bailey, *pro hac vice*<br>4   Jonathan D. Boggs, *pro hac vice*<br>BAILEY GLASSER LLP<br>5   209 Capitol Street<br>Charleston, WV 25301<br>6   Phone (304) 345-6555<br>Fax (304) 342-1110<br>7   bbailey@baileyglasser.com<br>jboggs@baileyglasser.com<br>8<br>*Attorneys* for Plaintiffs | Shon Morgan<br>865 S Figueroa St<br>Los Angeles, CA 90017<br>Phone (213) 443-3252<br>Fax (213) 443-3100<br>shonmorgan@quinnemanuel.com<br>(*Pro Hac Vice Forthcoming*)<br><br>*Attorneys* for Defendants |

[PROPOSED] ORDER GRANTING STIP. MOT. TO
CONSOLIDATE ACTIONS
(2:19-cv-318) - 3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101-4123
(206) 905-7000